## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:<br>JOSE M. CHAVES<br>MARIA H. CHAVES<br>Debtor(s) | Chapter 13 Case No. 12-42899-HJB |

### 1ST Amended Chapter 13 Plan

TERM OF PLAN   **60 Months Original**
                **58 Months Remaining**

Plan Payment: Debtor(s) to pay monthly      $349.00

### I. SECURED CLAIMS:

A. CLAIMS TO BE PAID THROUGH THE PLAN (Including Arrearage)

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| Bank of America | 1st Mortgage Arrears | $ 8,007.00 |
| Bank of America | 2nd Mortgage Arrears | $ 1,357.00 |
| Hudson Town Collector | Water/Sewer Tax | $ 566.00 |
| Town of Hudson | Real Estate Taxes Due | $ 5,790.00 |
| Lexus Financial (B of A) | Auto Loan Arrears | $ 657.00 |

**Total secured to be paid through plan**                      $16,377.00

B. CLAIMS TO BE PAID DIRECTLY TO CREDITORS (Not through Plan)

| Creditor | Description of Claim |
|---|---|
| Bank of America | Current 1st Mortgage Payments |
| Bank of America | Current 2nd Mortgage Payments |
| Lexus Financial Services (B of A) | Current Auto Payments |

### II. PRIORITY CLAIMS:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| Mass DOR | 2010 Income Tax | $ 574.00 (519.00 x 4% x 60) |

**Total** Priority Claims to be paid Through Plan      $ 574.00

## III. ADMINISTRATIVE CLAIMS:

A. Attorneys Fees (Paid through Plan)                    $        0

B. Miscellaneous Fees:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| _____ | _____ | $        0 |

## IV: UNSECURED CLAIMS:

Regular Unsecured Creditors receive **5%** of their claims.

A. Regular Unsecured Claims:                           $38,618.00

B. Unsecured Claims arising after lien avoidance/cramdown:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| None | _____ | $ _____ |
| _____ | _____ | $ _____ |

Total of A & B regular Unsecured Claims:               $38,618.00

C. Multiply total by percentage                        $ 1,931.00

D. Separately classified Unsecured Claims:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| None | _____ | $ _____ |
| _____ | _____ | $ _____ |

Total Amount of claims payable at **5%**                $ 1,931.00

## V. OTHER PROVISIONS

A. Liquidation of assets to be used to fund Plan:

B. Modification of Secured Claims: Set forth details of modification below or attach sheets. Information should include name of creditor and details explaining modification.

C.  Pursuant to the requirements of 11 U.S.C., Sec. 1325 (b) (3), the provisions of
BAPCPA and M.L.B.R., Sec. 13-4 (c), the Debtor(s) submit a 60 month commitment
period plan.  The Debtors do not earn sufficient income to properly fund the Chapter 13
Plan in less than 60 months.

D.  Miscellaneous Provisions:  **Term of Plan changed from 60 months to 58 months.
Monthly payment changed from $357.00 to $349.00.  Bank of America 1st Mortgage
Arrears changed from $8,400.00 to $8,007.00  Bank of America 2nd Mortgage
Arrears changed from $2,000.00 to $1,357.00.  Added Lexus Financial (B of A) to
Paragraph I for $657.00 in Auto Loan Arrears.  Total of Paragraph I changed from
$16,756.00 to $16,377.00.  Mass DOR Priority changed from $600.00 to $574.00.**

     All secured lenders, their successors or assigns, shall be required to provide
written monthly statements to the Debtor that outline the amount currently due and the
application of funds received

_____

## CALCULATION OF PLAN PAYMENT:

A.  Secured Claims (I-A Total):                                    $ 16,377.00

B.  Priority Claims: (II Total):                                   $      574.00

C.  Administrative Claims (III Total)                              $        0

D.  Regular Unsecured Claims (IV-C)                                $   1,931.00

E.  Separately Classified Unsecured Claims                        $        0

F.  Total of A, B, C, D & E                                        $ 18,882.00

G.  Total Cost of Plan including Trustee's Fee (Total)            $ 20,980.00

H.  Less Amount Paid to Date                                       $    714.00

I.  Divide Total Cost by Term of Plan (58)                         $ 20,266.00
    and Round up to Nearest Dollar                                $      349.00

Debtor shall commence making the payments proposed by this Plan within 30 days after
the Plan is filed unless otherwise Ordered by this Court [11 U.S.C. §1326(a) (1)]

## LIQUIDATION ANALYSIS

### I. REAL ESTATE:

| Address | Fair Market Value | Recorded Liens |
|---|---|---|
| 10 Brenton Wood Road Hudson, MA | $342,100.00 | $324,017.00 |

Total Net Equity for Real Property:    $ 18,083.00

Less Exemptions (Schedule C)    $ 18,083.00

Available in a Chapter 7 Case    $    0

### II. AUTOMOBILE (Year, Make and Model)

| Description | Value | Liens | Exemption |
|---|---|---|---|
| 2002 Lexus | $6,000.00 | $3,000.00 | $6,000.00 |
| Net Equity: | $3,000.00 | Less Exemptions | $6,000.00 |
| | | Available in a Ch. 7 | $    0 |

### III. OTHER EXEMPTIONS (Itemize as necessary)

| Description | Value | Exemption |
|---|---|---|
| See Scheduled B & C | $8,750.00 | $8,750.00 |
| | Available in a Ch. 7 | $   0 |
| | **Total** | $   0 |

**SUMMARY** (Total amount available in a Chapter 7)  $\underline{\$\quad 0\quad}$
Additional comments regarding liquidation analysis:

Pursuant to the Joint Procedural Order, Debtor/Counsel are required to serve a copy of
this Plan upon the Chapter 13 Trustee, all creditors and interested parties and to file a
Certificate of Service accordingly.

/s/Joseph P. Foley                              dated October 16, 2012
  Joseph P. Foley, Esq.
  98 North Washington Street
  Suite 104
  Boston, MA  02114
  (617) 437-7774

/s/Jose M. Chaves                               dated October 16, 2012
  Jose M. Chaves
  Debtor

/s/Maria H. Chaves                              dated October 16, 2012
  Maria H. Chaves
  Joint Debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| )<br>In Re:                               )<br>JOSE M. CHAVES                    )<br>MARIA H. CHAVES                 )<br>Debtor(s)                        )<br>                                 )<br>                                 ) | Chapter 13 Case No. 12-42899-HJB |

### Certificate of Service

I, Joseph P. Foley Esq., Counsel for the Debtors hereby certify that on October 16, 2012, I served by first class prepaid postage a copy of the **1st Amended Chapter 13 Plan**, on the Chapter 13 Trustee, Carolyn A. Bankowski, P.O. Box 8250, Boston, Massachusetts, 02114, and all creditors on the attached list.

October 16, 2012                          Respectfully submitted by
                                          Counsel for the Debtors


                                          /s/ Joseph P. Foley
                                          Joseph P. Foley Esq.
                                          98 North Washington Street
                                          Suite 104
                                          Boston, MA 02114
                                          BBO# 173560

Bank of America
P.O. Box 15019
Wilmington, DE 19886

Bank of America
P.O. Box 15220
Wilmington, DE 19886

Bank of America Home Loans
P.O. Box 5170
Simi Valley, CA 93062

Bank of America, N.A.
NC4-105-02-99
PO Box 26012
Greensboro, NC 27420-6012

Bank of America, N.A.
c/o Prober & Raphael, A Law Corporation
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364

Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte, NC 28272

Citibank
P.O. Box 182564
Columbus, OH 43218

Comcast
c/o Southwest Credit Systems
4120 International Pkwy, Ste. 1100
Carrollton, TX 75007

Credit First N A
Po Box 818011
Cleveland Oh 44181
Credit First N.A./Firestone
PO Box 81344
Cleveland, OH 44188

Credit One Bank
P.O. Box 60500
City Of Industry, CA 91716

Department Stores National Bank/Macy's
Bankruptcy Processing
Po Box 8053
Mason, OH 45040

FIA CARD SERVICES, N.A.
4161 Piedmont Parkway
NC4 105 03 14
Greensboro, NC 27410

FIRST FINANCIAL PORTFOLIO
MANAGEMENT INC
c o Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD MN 56302-9617

Framingham Orthopaedics Assoc.
460 Totten Pond Road
Waltham, MA 02451

GE Capital Retail Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

GECRB/JCP
P.O. Box 960090
Orlando, FL 32896

HSBC Card Services/Orchard
PO Box 17051
Baltimore, MD 21297

KEYSTONE RECOVERY PARTNERS
LLC, SERIES A
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

Lexus Financial Services
P.O. Box 22202
Owings Mills, MD 21117

Lord & Taylor/GECRB
PO Box 960035
Orlando, FL 32896

Macy's
P.O. Box 183083
Columbus, OH 43218

Massachusetts Department of Revenue
Bankruptcy Unit
100 Cambridge Street
P.O. Box 9564
Boston, MA 02114

Metrowest Internal Medicine PC
c/o Peter Roberts & Associates
231 E. Main St., Suite 201
Milford, MA 01757

Metrowest Internal Medicine, P.C.
c/o Salisbury Associates MPMC
340 Main Street, Suite 670
Worcester, MA 01608
Metrowest Medical Center
100 Nickerson Rd
Marlborough, MA 01752

Metrowest Medical Center
Patient Accts Dept
PO Box 3532
Boston, MA 02241

NSTAR
P.O. Box 660369
Dallas, TX 75266

Post Road Pediatrics LLP
616 Boston Post Road
Sudbury, MA 01776

Quantum3 Group LLC as agent for
Capio Partners LLC
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
World Financial Network Bank
PO Box 788
Kirkland, WA 98083-0788

Southboro Medical Group
c/o Peter Roberts & Associates, Inc
231 E Main Street
Milford, MA 01757

Town Collector
Water & Sewer Dept.
78 Main Street
Hudson, MA 01749

Town of Hudson
78 Main Street
Hudson, MA 01749

Toyota Financial Services
P.O. Box 371339
Pittsburgh, PA 15250

VION HOLDINGS, LLC
c o Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD MN 56302-9617

Vanguard/MW Medical Center
c/o Protocol Recovery Service
509 Mercer Ave.
Panama City, FL 32401

WFNNB - Ann Taylor
PO Box 659705
San Antonio, TX 78265

Jose M. Chaves
10 Brenton Wood Road
Hudson, MA 01749

Maria H. Chaves
10 Brenton Wood Road
Hudson, MA 01749